UNITED STATES of America, Plaintiff–Appellee,

v.

Charles L. TATUM, Defendant–Appellant.

No. 04–10014.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 13, 2006.

---

* This panel unanimously finds this case suit- able for decision without oral argument. *See*

Barbara J. Valliere, Esq., Erika R. Frick, USSF—Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Charles L. Tatum, USPA—U.S. Penitentiary, Atwater, CA, pro se.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Charles L. Tatum appeals *pro se* from the district court's denial of his motion under Rule 35 of the Federal Rules of Criminal Procedure to reconsider his sentence arising from his guilty-plea conviction for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Tatum contends on appeal that the district court erred in construing his motion as a time-barred motion to reduce his sentence under Rule 35(b) rather than a motion for relief from an illegal sentence under Rule 35(a), which would not have been time-barred. As Tatum is primarily contesting the manner in which an otherwise lawful sentence was imposed, the district court did not err in construing it as a motion under Rule 35(b), which was therefore time-barred. *See United States v. Stump,* 914 F.2d 170, 172 (9th Cir.1990).

Tatum also contends that the Government is barred by the twenty-year statute of limitations under 18 U.S.C. § 3565(h) (repealed) from collecting the $25,000 fine imposed in the judgment. As it does not appear that Tatum presented this argument to the district court, we need not address it on appeal. *See United States v. Cloud,* 872 F.2d 846, 857 (9th Cir.1989).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

